**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis REYNA–ROBLES,
a.k.a. Jose Reyna–Robles,
Defendant–Appellant.**

**No. 10–10093.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 24, 2011.

David R. Zipps, USTU–Office of The U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

David Lipartito, Law Office of David Lipartito, Tuscon, AZ, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Jose Luis Reyna–Robles appeals from the sentence of 13 months and one day imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have juris-

diction under 28 U.S.C. § 1291, and we affirm.

Reyna–Robles contends that his sentence is substantively unreasonable because he should have been granted a departure or variance based on cultural assimilation. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, Reyna–Robles's sentence within the Guidelines range is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

